# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 20-67718-BEM |
| | : | |
| GEORGIA CENTRAL | : | |
| UNIVERSITY INC., | : | |
| | : | CHAPTER 11 |
| | : | |
| DEBTOR. | : | |

## UNITED STATES TRUSTEE'S OBJECTION TO DEBTOR'S MOTION FOR AUTHORITY TO USE CASH COLLATERAL

Comes now Nancy J. Gargula, the United States Trustee for Region 21, in furtherance of her administrative responsibilities imposed by 28 U.S.C. § 586(a), files the following Objection to the "Motion for Authority to Use Cash Collateral" (the "Motion") [Docket No. 13] filed by Georgia Central University, Inc. (the "Debtor") in the above-captioned case, and in support therefor states as follows:

1. This Court has jurisdiction to hear and determine this Objection.

2. Pursuant to 28 U.S.C. § 586(a)(3), the United States Trustee is charged with administrative oversight of the bankruptcy system in this District. Such oversight is part of the United States Trustee's overarching responsibility to enforce the laws as written by Congress and interpreted by the courts. *See United States Trustee v. Columbia Gas Systems, Inc. (In re Columbia Gas Systems, Inc.)*, 33 F.3d 294, 295-96 (3d Cir. 1994) (noting that the United States Trustee has "public interest standing" under 11 U.S.C. § 307 which goes beyond mere pecuniary interest); *Morgenstern v. Revco D.S., Inc. (In re Revco D.S., Inc.)*, 898 F.2d 498, 500 (6th Cir. 1990) (describing the United Stated Trustee as a "watchdog").

3. Under 11 U.S.C. § 307, the United States Trustee has standing to be heard on the issues raised by this Objection.

4. The Debtor filed its voluntary petition under Chapter 11 of the Bankruptcy

Code on July 1, 2020 and remains as a debtor-in-possession. Todd E. Hennings was appointed by the United States Trustee to serve as the subchapter V trustee in this case.

5. Attached to the Motion as Exhibit "I" is a budget showing the Debtor's proposed disbursements for July and August 2020. The United States Trustee questions the propriety of several budgetary expenses as shown on the attached budget. These items include expense for the following items: "car", "auditor's fee", and "property manager's fee." Moreover, the Debtor should be obligated to provide the United States Trustee a detailed breakdown of payroll expenses for July and August 2020.

WHEREFORE, based on the forgoing, the United States Trustee objects to the Debtor's Motion and respectfully requests to be heard at a hearing on this matter.

Respectfully submitted,
NANCY J. GARGULA
UNITED STATES TRUSTEE
REGION 21

　/s　David S. Weidenbaum
DAVID S. WEIDENBAUM
Georgia Bar No. 745892
Trial Attorney

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Dr., SW
Atlanta, GA 30303
404.331.4437
david.s.weidenbaum@usdoj.gov

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Objection to Debtor's Motion for Authority to Use Cash Collateral was this day sent to the following by electronic mail:

Aaron Anglin
Attorney for Debtor
aanglin@joneswalden.com

Todd E. Hennings
Subchapter V Trustee
thennings@maceywilsensky.com

    This the 13th day of July 2020.

                                             */s  David S. Weidenbaum*
                                             DAVID S. WEIDENBAUM

Exhibit "1"
Budget

## Budget Plan

| | Income | | Expense | |
|---|---|---|---|---|
| | July | August | July | August |
| Tuition | 89000 | 70000 | | |
| Fee | 11000 | 11000 | | |
| Rent | 8568 | 8568 | | |
| Donation | 10000 | 10000 | | |
| Board of Trustees | 6000 | 6000 | | |
| Other | | | | |
| Income Total | 124568 | 105568 | | |
| | | | | |
| Payroll | | | 40000 | 60000 |
| Insurance | | | 2138 | 2138 |
| Electricity | | | 2500 | 2500 |
| Phone | | | 750 | 750 |
| Water/Sewer | | | 500 | 500 |
| Trash | | | 228 | 228 |
| Comcast | | | 700 | 700 |
| Car | | | 1600 | 1600 |
| Car Insurance | | | 450 | 450 |
| Cell Phone | | | 550 | 550 |
| Travel Expenses | | | 2500 | 0 |
| Landscape | | | 300 | 300 |
| Auditor's Fee | | | 5000 | 5000 |
| Property Management Fee | | | 1500 | 1500 |
| Bookkeeping | | | 500 | 500 |
| Other | | | 1500 | 1500 |
| | | | | |
| Expense Total | | | 60716 | 78216 |