IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| GEORGIA CENTRAL UNIVERSITY, INC. | : | CASE NO. 20-67718-BEM |
| | : | |
| Debtor. | : | |
| | : | |

### CREDITOR BANK OF HOPE'S
### WITNESS LIST FOR HEARING OF SEPTEMBER 24, 2020

COMES NOW Bank of Hope ("BOH"), a creditor and party in interest in the above matter, and files this its list of witnesses it may call to testify at the hearing which is scheduled to be held in the above matter on September 24, 2020 at 10:00 a.m.:

1. Stephan Lee – Bank of Hope;

2. Peter Glover – Cushman & Wakefield;

3. Brian Clemens – Clemens Valuation & Advisory Services, LLC; and

4. Nicholas Pieschel.

Respectfully submitted this 16th day of September, 2020.

MOORMAN PIESCHEL, LLC

 /s/ Nicholas J. Pieschel
Nicholas J. Pieschel
Georgia Bar No. 579660
Attorney for Bank of Hope

One Midtown Plaza
Suite 1205
1360 Peachtree Street, NE
Atlanta, Georgia 30309
(404)898-1243
Fax: (404)898-1241
njp@moormanpieschel.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| GEORGIA CENTRAL UNIVERSITY, INC. | : | CASE NO. 20-67718-BEM |
| | : | |
| | : | |
| Debtor. | : | |
| | : | |

## CERTIFICATE OF SERVICE

This is to certify that as of this date, I electronically filed the foregoing CREDITOR BANK OF HOPE'S WITNESS LIST FOR HEARING OF SEPTEMBER 24, 2020 with the Clerk of Court using the CM/ECF system which will cause an electronic notification of such filing to be sent to the following:

Cameron M. McCord
Aaron R. Anglin
Jones & Walden, LLC
699 Piedmont Avenue NE
Atlanta, GA 30308
(404) 564-9300
Fax : (404) 564-9301
E-mail: cmccord@joneswalden.com
aanglin@joneswalden.com

Todd Eugene Hennings
Chapter 11 Subchapter V Trustee
Macey, Willensky & Hennings, LLP
5500 Interstate North Parkway
Suite 435
Sandy Springs, GA 30328
(404) 584-1222
E-mail: thennings@maceywilensky.com

David S. Weidenbaum
Office of the U.S. Trustee
362 Richard B. Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303
(404) 331-4437
E-mail: david.s.weidenbaum@usdoj.gov

This 16th day of September, 2020.

                                                 MOORMAN PIESCHEL, LLC

                                                 /s/ Nicholas J. Pieschel
                                                 Nicholas J. Pieschel
                                                 Georgia Bar No. 579660

                                                 Attorney for Creditor
                                                 Bank of Hope

One Midtown Plaza
Suite 1205
1360 Peachtree Street, NE
Atlanta, Georgia 30309
(404)898-1240
Fax: (404)898-1241
njp@moormanpieschel.com